Case, Appellant, *v.* Joseph.

742

Argued December 6, 1972. *Philip D. Lauer,* for appellant; *D. Cohen,* with him *Norman Seidel,* and *Seidel and Cohen,* for appellee.

Order affirmed.